# EXHIBIT F

**EXHIBIT F**
**Claim Chart for US 8,094,236 and Amazon**

| '236 Claim 1 | Exemplary Amazon Infringement |
|---|---|
| 1[PRE]: A television set comprising: | Amazon's Fire tablets ("Amazon Accused Products") are television sets.<br><br>In addition, Amazon induces infringement by customers who use Prime Video to stream content on non-Amazon TVs, tablets, and other devices in the same way the Amazon devices are described here.<br><br><br><br>https://www.amazon.com/b?ie=UTF8&node=8521791011 |

**EXHIBIT F**
**Claim Chart for US 8,094,236 and Amazon**



https://www.amazon.com/Amazon-Fire-Tablet-Family/b?ie=UTF8&node=6669703011

| | |
|---|---|
| [1A]: a television function unit provided inside the television set and arranged to relate to a television function; | The Amazon Accused Products include a television function unit provided inside the television set and arranged to relate to a television function.<br><br>For example, the Amazon devices include a television function unit (e.g., a processor or other hardware) arranged to relate to a television function.  For example, when a user begins viewing content in the Prime Video app, the Amazon devices include a processor or other hardware that relates to that television function, such as sharing streaming content with others via Watch Party. |
| [1B]: a detector provided inside the television set and arranged to detect a cause of change in the television function; | The Amazon Accused Products include a detector provided inside the television set and arranged to detect a cause of change in the television function.<br><br>For example, the Amazon devices include a detector (e.g., a processor or other hardware, and/or software) to detect a cause of change in the television function.  For example, a processor or other hardware, and/or software in each Amazon device can detect when a user starts or stops a Watch Party.<br><br>*See* limitation [1A] above. |
| [1C]: a communicator provided inside the television set and | The Amazon Accused Products include a communicator provided inside the television set and arranged to selectively communicate with one of a plurality of outside counterparts. |

**EXHIBIT F**
**Claim Chart for US 8,094,236 and Amazon**

| arranged to selectively communicate with one of a plurality of outside counterparts | For example, the Amazon devices include a communicator (e.g., hardware and software) capable of selectively communicating with a plurality of outside counterparts (i.e., other devices that have the Prime Video app). |
|---|---|
| | The communicator in the Amazon devices is capable of communicating with outside counterparts (i.e., other devices with the Prime Video app).  For example, the Amazon devices include a communicator arranged to selectively communicate with other devices via Prime Video's Watch Party feature. |
| | Digital Services & Content  ›  Prime Video  ›  Prime Video Watch Party  › |
| | ## What is a Prime Video Watch Party? |
| | Prime Video Watch Party allows you to chat and watch eligible titles/content with friends and family virtually. |
| | With Watch Parties, you can chat with up to 100 friends in the same country while you watch movies and TV shows online together. For Prime eligible content, you need Prime membership to start or join a Watch Party. You can also choose to use Watch Party to watch content available to buy or rent with friends and family. Every participant will need to buy or rent the video, similar to watching it on your own. |
| | **Note:** Watch Parties can be watched through the Prime Video app on supported Fire TV devices , the Prime Video app for selected connected devices, in addition to Android mobile phones, Android tablets, Fire tablets, iPhones, and iPads. You can also access Prime Video Watch Parties on desktop web browsers, except for Microsoft Internet Explorer and Apple's Safari. |
| | https://www.amazon.com/gp/help/customer/display.html?nodeId=GBQ6JUP7YQ4HNPPD |

**EXHIBIT F**
**Claim Chart for US 8,094,236 and Amazon**



To start an Amazon Watch Party, click the Watch Party icon in Prime Video, and share a link via text, chat, or social media.

https://www.amazon.com/salp/watchparty

**EXHIBIT F**
**Claim Chart for US 8,094,236 and Amazon**

| [1D]:  by means of designating an address of one of the outside counterparts, | The Amazon Accused Products include designating an address of one of the outside counterparts. |
|---|---|
| | For example, the Amazon devices have a processor or other hardware, and software that designates an address of one of the outside counterparts. |
| | For example, in the Prime Video app, there is a Watch Party icon that is available when specific content is selected. |
| |  |

**EXHIBIT F**
**Claim Chart for US 8,094,236 and Amazon**

Selecting the Watch Party icon allows the Watch Party host to create a Watch Party and invite others to watch the same content on their televisions, tablets, or mobile devices via the Prime Video app.  For example, selecting the Watch Party icon brings up another screen that has a button "Create Watch Party" along with instructions for how to create a Watch Party.



**EXHIBIT F**
**Claim Chart for US 8,094,236 and Amazon**

Selecting the "Create Watch Party" button, allows the Watch Party host to send invites to the Watch Party, including sharing a link.  The link can be shared, for example, via email.



7

**EXHIBIT F**
**Claim Chart for US 8,094,236 and Amazon**



**EXHIBIT F**
**Claim Chart for US 8,094,236 and Amazon**



| | |
|---|---|
| [1E]: the plurality of outside counterparts including a first type | The Amazon Accused Products include the plurality of outside counterparts including a first type of counterpart under free selection and a second type of counterpart which is predetermined. |

**EXHIBIT F**
**Claim Chart for US 8,094,236 and Amazon**

| | |
|---|---|
| of counterpart under free selection and a second type of counterpart which is predetermined; | For example, the Amazon devices are arranged to communicate with a plurality of outside counterparts including a first type of counterpart under free selection and a second type of counterpart which is predetermined.<br><br>For example, a host using an Amazon device can designate via email a first counterpart that is freely selected or a second counterpart that is predetermined.<br><br>For example, when sharing via email the host may freely select individual recipients to receive the link on their mobile device, tablet, or television.  Alternatively, the host may have a predetermined list-serve with which to share the link. Members of the list-serve who access the link would communicate with the host's device from their mobile device, tablet, or television.  Watch Party permits up to 100 individuals to join. |
| [1F]: an input provided inside the television set and arranged to newly and freely prepare first information; | The Accused Products include  an input provided inside the television set and arranged to newly and freely prepare first information.<br><br>For example, the Amazon devices have an input provided inside the devices and arranged to newly and freely prepare first information (e.g., sending a Watch Party link). |

**EXHIBIT F**
**Claim Chart for US 8,094,236 and Amazon**

| | |
|---|---|
| | Digital Services & Content › Prime Video › Prime Video Watch Party › <br><br>**What is a Prime Video Watch Party?**<br><br>Prime Video Watch Party allows you to chat and watch eligible titles/content with friends and family virtually.<br><br>With Watch Parties, you can chat with up to 100 friends in the same country while you watch movies and TV shows online together. For Prime eligible content, you need Prime membership to start or join a Watch Party. You can also choose to use Watch Party to watch content available to buy or rent with friends and family. Every participant will need to buy or rent the video, similar to watching it on your own.<br><br>**Note:** Watch Parties can be watched through the Prime Video app on supported Fire TV devices , the Prime Video app for selected connected devices, in addition to Android mobile phones, Android tablets, Fire tablets, iPhones, and iPads. You can also access Prime Video Watch Parties on desktop web browsers, except for Microsoft Internet Explorer and Apple's Safari.<br><br>*See* Digital Services & Content > Prime Video > Prime Video Watch Party, What is a Prime Video Watch Party (available at: https://www.amazon.com/gp/help/customer/display.html?nodeId=GBQ6JUP7YQ4HNPPD) |
| [1G]: a first designator provided inside the television set and arranged to freely designate a desired address of the first type of outside counterpart to which the first information is sent; | The Amazon Accused Products include a first designator provided inside the television set and arranged to freely designate a desired address of the first type of outside counterpart to which the first information is sent.<br><br>For example, the Amazon devices have a first designator (e.g., a processor or related hardware or software) arranged to freely designate a desired address of the first type of outside counterpart to which the first information is sent.  For example, a host uses the first designator when selecting a recipient to receive a Watch Party link (i.e.,  first information) on the recipient's tablet, television, or mobile device via email. |
| [1H]: a first trigger provided inside the television set and arranged to send the first information to the | The Amazon Accused Products include a first trigger provided inside the television set and arranged to send the first information to the first type of counterpart through the communicator when the first trigger is manually operated. |

**EXHIBIT F**
**Claim Chart for US 8,094,236 and Amazon**

| | |
|---|---|
| first type of counterpart through the communicator when the first trigger is manually operated; | For example, the Amazon devices have a first trigger (e.g., a processor or related hardware or software) arranged to send the first information to the first type of counterpart through the communicator when the first trigger is manually operated.  For example, when sharing the Watch Party link (i.e., the first information) via email, the host freely designates the first type of counterpart (e.g., specifying a recipient's email address) and uses a first trigger by clicking the send button in the email program. |
| [1I]: an automatic generator provided inside the television set and arranged to generate predetermined second information in response to the detector which detects a cause of a predetermined change in the television function; | The Amazon Accused Products include an automatic generator provided inside the television set and arranged to generate predetermined second information in response to the detector which detects a cause of a predetermined change in the television function.<br><br>For example, the Amazon devices have an automatic generator (e.g., a processor or related hardware or software) arranged to generate predetermined second information in response to the detector which detects a cause of a predetermined change in the television function.  For example, a host using the Prime Video app to send Watch Party invitations automatically generates predetermined second information to be shared with an email group. |
| [1J]: a second designator provided inside the television set and arranged to automatically designate a predetermined address of the second type of outside counterpart to which the second information is sent; and | The Amazon Accused Products include a second designator provided inside the television set and arranged to automatically designate a predetermined address of the second type of outside counterpart to which the second information is sent.<br><br>For example, the Amazon devices have a second designator (e.g., hardware and software) arranged to automatically designate a predetermined address of the second type of outside counterpart to which the second information is sent.  For example, when sharing via an email group, a host can connect to a second type of outside counterpart by selecting to share in a group of predetermined members whose devices have predetermined addresses.  Group members can access the link from their tablets, mobile devices, or televisions (i.e., the second type of outside counterparts). |
| [1K]: a second trigger provided inside the television set and arranged to automatically send the second information to the second type of counterpart through the | The Amazon Accused Products include a second trigger provided inside the television set and arranged to automatically send the second information to the second type of counterpart through the same communicator in response to completion of the function of the automatic generator and the second designator. |

**EXHIBIT F**
**Claim Chart for US 8,094,236 and Amazon**

| | |
|---|---|
| same communicator in response to completion of the function of the automatic generator and the second designator. | For example, the Amazon devices have a second trigger (e.g., a processor or related hardware or software) arranged to automatically send the second information to the second type of counterpart through the same communicator in response to completion of the function of the automatic generator and the second designator.  For example, when sharing the link via an email group, a host triggers the automatic sending of the second information described above (the prime video embedded link) to tablets, devices, and televisions of the specific group members when the host selects sharing the information with a specific group. |

# EXHIBIT G

**EXHIBIT G**
**Claim Chart for US 9,319,615 and Amazon**

| '615 Claim 1 | Exemplary Amazon Infringement |
|---|---|
| 1[PRE]: A television set system comprising: | Amazon's Fire TV, Fire Stick (used with a display), and Fire tablets ("Amazon Accused Products") are television set systems.<br><br>In addition, Amazon induces infringement by customers who use Prime Video to stream content on non-Amazon TVs, tablets, and other devices in the same way the Amazon devices are described here. Amazon also induces infringement by customers who use Prime Video to stream content with the Fire Stick attached to a display.<br><br><br><br>https://www.amazon.com/b?ie=UTF8&node=8521791011 |

1

**EXHIBIT G**
**Claim Chart for US 9,319,615 and Amazon**

| '615 Claim 1 | Exemplary Amazon Infringement |
|---|---|
|  |   https://www.amazon.com/Amazon-Fire-Tablet-Family/b?ie=UTF8&node=6669703011 |
| [1A]: a television function unit; | The Amazon Accused Products include a television function unit.  For example, the Amazon devices include hardware and software related to a television function, such as sharing streaming content from the Prime Video app with others via Watch Party. |
| [1B]: a display arranged to display a broadcast program in accordance with the television function unit; | The Amazon Accused Products include a display arranged to display a broadcast program in accordance with the television function unit.  For example, the Amazon devices include a display (e.g., the screen on a Fire tablet) arranged to display a broadcast program in accordance with the television function unit. |
| [1C]: a receiver arranged to receive, without request or acknowledgement, information of one definite broadcast program which can be displayed on the display | The Amazon Accused Products include a receiver arranged to receive, without request or acknowledgement, information of one definite broadcast program which can be displayed on the display and is identified by a channel selection of another television set in another place.

For example, using Watch Party, a software feature that works with a receiver in an Amazon device (the "Receiving Device") to receive, without request or acknowledgement, information of one definite broadcast program which can |

**EXHIBIT G**
**Claim Chart for US 9,319,615 and Amazon**

| '615 Claim 1 | Exemplary Amazon Infringement |
|---|---|
| and is identified by a channel selection of another television set in another place; and | be displayed on the display of the Receiving Device and is identified by a channel selection of another television set in another place (the "Sharing Device"). |
| [1D]: a manual controller arranged to change the display in response to a predetermined same manual operation from own motive of a viewer of the display on the basis of the information received by the receiver, the predetermined same manual operation from own motive having no influence on the channel selection of the another television set, but having influence solely on the change in the display of the own television set into the one definite broadcast program identified by the channel selection of the another television set with the information received by the receiver, | The Amazon Accused Products include a manual controller arranged to change the display in response to a predetermined same manual operation from own motive of a viewer of the display on the basis of the information received by the receiver, the predetermined same manual operation from own motive having no influence on the channel selection of the another television set, but having influence solely on the change in the display of the own television set into the one definite broadcast program identified by the channel selection of the another television set with the information received by the receiver. <br><br> For example, the Amazon devices include a manual controller (e.g., the interface with which the user of an Amazon device manually interacts to control the device). <br><br> The manual controller of the Amazon devices is arranged to change the display in response to a predetermined same manual operation from own motive of a viewer of the display on the basis of the information received by the receiver.  For example, a user of the manual controller of an Amazon device can choose to change what is displayed by opening a Watch Party invitation. <br><br> The Amazon devices use the predetermined same manual operation from own motive having no influence on the channel selection of the other television set.  For example, a user of an Amazon device can choose to accept a Watch Party invitation, but whether or not the user of an Amazon device chooses to accept the Watch Party invitation, the Amazon device has no influence on the channel selection of the device which sent the Watch Party invitation. <br><br> The Amazon devices have influence solely on the change in the display of their own television set into the one definite broadcast program identified by the channel selection of the other television set with the information received by the receiver.   For example, a Receiving Device may receive a Watch Party invitation, which, when selected, will display a broadcast program on the Receiving Device. But whether or not the user of an Amazon device chooses to accept that Watch Party invitation, that Amazon device has no influence on the channel selection of the Sharing Device which sent the Watch Party invitation. |

**EXHIBIT G**
**Claim Chart for US 9,319,615 and Amazon**

| '615 Claim 1 | Exemplary Amazon Infringement |
|---|---|
| | <br><br># How Do I Join a Watch Party on Fire TV?<br><br>All Prime Video customers are able to join a Watch Party.<br><br>1. Open the link you received using a web browser on a mobile device. You'll be prompted to open the Prime Video app, where you'll be given a code.<br>2. If you aren't entitled to watch the content selected in the Watch Party, you'll be prompted to subscribe to Amazon Prime Video, or buy or rent the content, depending on the content you are trying to watch.<br>3. Open the Prime Video app on your Fire TV device. Go to **My Stuff** > **Join**. Enter the code that appears in the Prime Video app on your Android or iOS device. Select **Join** then confirm with **Join Watch Party** to join the Watch Party.<br>4. To join the Prime Video app on your Android or iOS device, enter your desired username under **Chat name**. Select **Join Watch Party** to join the chat room.<br><br>For content included with Prime, Amazon Prime members are eligible to join a Watch Party in their country. Non-Amazon Prime members trying to access eligible titles Included with Prime will be prompted to subscribe to Amazon Prime - with free 30-day trial available (if eligible). If the title is available for purchase or rent, you'll be prompted to purchase or rent, if you don't already have access to the title.<br><br>The participants must be from the same country as the host and the host must begin their Watch Party from their local Amazon website. The availability of content and titles may vary over time and by location.<br><br>**Note:** Watch Parties can be watched through the Prime Video app on supported Fire TV devices , the Prime Video app for selected connected devices, in addition to Android mobile phones, Android tablets, Fire tablets, iPhones, and iPads. You can also access Prime Video Watch Parties on desktop web browsers, except for Microsoft Internet Explorer and Apple's Safari.<br><br>https://www.amazon.com/gp/help/customer/display.html?ref_=hp_left_v4_sib&nodeId=GKKRR97DYMJM29ZP |

4

**EXHIBIT G**
**Claim Chart for US 9,319,615 and Amazon**

| '615 Claim 1 | Exemplary Amazon Infringement |
|---|---|
| | **How Do I Join a Watch Party in a Web Browser?**<br><br>All Prime Video customers are able to join a Watch Party.<br><br>1. Click on the link you've been sent, using a desktop web browser.<br>2. If you aren't eligible to watch the content selected in the Watch Party, you'll be prompted to start an Amazon Prime membership or Prime Video Subscription, or buy or rent the content, depending on the entitlement required to watch the video.<br>3. Once you're eligible to watch the video in Watch Party, you'll be redirected to the join page where you need to enter your desired username under **Chat name**.<br>4. Click **Join Watch Party** to join the Watch Party.<br><br>https://www.amazon.com/gp/help/customer/display.html?ref_=hp_left_v4_sib&nodeId=GKAZJVAZEUUP3K5E<br><br>**How Do I Join a Watch Party on Fire Tablets Android Mobile Phones and Android Tablets?**<br><br>All Prime Video customers are able to join a Watch Party.<br><br>1. Open the link you received on your Fire tablet, Android mobile phone or Android tablet. You'll be prompted to open the Prime Video app.<br>2. If you're not entitled to watch the content selected in the Watch Party, you'll be prompted to subscribe to Amazon Prime Video, or buy or rent the content, depending on the content you're trying to watch.<br>3. Enter your desired username under **Chat name**.<br>4. Select **Video and Chat** – to view the Watch Party on your device with the option to join in the chat room – or **Chat only** if you wish to view the Watch Party on another supported device.<br><br>https://www.amazon.com/gp/help/customer/display.html?ref_=hp_left_v4_sib&nodeId=GLN43C2NQ9F7DPNK |

**EXHIBIT G**
**Claim Chart for US 9,319,615 and Amazon**

| '615 Claim 1 | Exemplary Amazon Infringement |
|---|---|
| | ## How Do I Join a Prime Video Watch Party on Connected Devices?<br><br>All Prime Video customers are able to join a Watch Party.<br><br>1. Open the link that you received in a mobile web browser. You'll be prompted to open the Prime Video app.<br>2. If you aren't entitled to watch the content selected in the Watch Party, you'll be prompted to subscribe to Amazon Prime Video, or buy or rent the content, depending on the content you're trying to watch.<br>3. To join the Prime Video app on your Android or iOS device, enter your desired username under **Chat name**. Select **Join Watch Party** to join the chat room.<br>4. Open the Prime Video app on your connected device. Go to **My Stuff** > **Join Watch Party**. Enter the code that appears in the Prime Video app on your Android or iOS device. Select **Join** then confirm with **Join Watch Party** to join the Watch Party. Please note, if your app doesn't have a "My Stuff" section, or if it doesn't show an option to join a Watch Party on "My Stuff," please update the Prime Video app on your device. If the "Join Watch Party" option doesn't appear, then your device doesn't currently support the Watch Party feature.<br><br>Alternatively, if you have already joined a Watch Party on an iOS or Android device, then log into the Prime Video app on a connected device, you should see a notification asking you if you wish to join the same Watch Party on your connected device.<br><br>https://www.amazon.com/gp/help/customer/display.html?ref_=hp_left_v4_sib&nodeId=GAZQ6GYLZMGBXWUF |

**EXHIBIT G**
**Claim Chart for US 9,319,615 and Amazon**

| '615 Claim 1 | Exemplary Amazon Infringement |
|---|---|
| [1E]: wherein the information includes information of a broadcast program which is currently not displayed on the display, but can be displayed by a channel change, and | The Amazon Accused Products include information of a broadcast program which is currently not displayed on the display, but can be displayed by a channel change.<br><br>For example, the information received by the Receiving Device using Watch Party includes information of a broadcast program which is currently not displayed on the display, but can be displayed by a channel change.<br><br>For example, the link to a movie on Amazon Prime, received via Watch Party, is one that could otherwise be viewed on the Receiving Device.<br><br><br><br>https://www.amazon.com/gp/help/customer/display.html?ref_=hp_left_v4_sib&nodeId=GKKRR97DYMJM29ZP |
| [1F]: wherein the manual controller is arranged to instantly carry out replacement of the currently displayed broadcast program with the | The Amazon Accused Products include a manual controller that is arranged to instantly carry out replacement of the currently displayed broadcast program with the one definite broadcast program identified by the channel selection of the another television set in response to the predetermined same manual operation, the same manual operation being universal regardless of the information and without any channel selecting operation. |

**EXHIBIT G**
**Claim Chart for US 9,319,615 and Amazon**

| '615 Claim 1 | Exemplary Amazon Infringement |
|---|---|
| one definite broadcast program identified by the channel selection of the another television set in response to the predetermined same manual operation, the same manual operation being universal regardless of the information and without any channel selecting operation, | For example, when a Watch Party invitation is accepted on the Receiving Device, the Receiving Device then instantly carries out replacement of the currently displayed broadcast program with the one definite broadcast program identified by the Sharing Device through the Watch Party invitation, without having to select the channel.<br><br>An invitation to activate Watch Party is universal.  For example, the form of the invitation is the same regardless what broadcast program the invitation is sent for. |
| [1G]: whereby same experience as that of a viewer of the another television set is possible from own motive of the viewer by means of the manual controller. | The Amazon Accused Products include the same experience as that of a viewer of the other television set is possible from own motive of the viewer by means of the manual controller.<br><br>For example, the Amazon devices provide users of different devices the same experience of viewing the same content together through Watch Party.  The Receiving Device displays the same broadcast program as that which is displayed on the Sharing Device, providing the same experience for both, based upon the user of the Receiving Device's own motive by means of choosing to receive the WatchParty broadcast on the Receiving Device's manual controller. |

8

# EXHIBIT H

**EXHIBIT H**
**Claim Chart for US 9,948,968 and Amazon**

| '968 Claim 1 | Exemplary Amazon Infringement |
|---|---|
| 1[PRE]: A receiving apparatus configured to receive digital moving image contents from a provider of the digital moving image contents, the provider being commutatively connected to the receiving apparatus, the receiving apparatus comprising: | Amazon's Fire TV, Fire Stick (used with a display), and Fire tablets ("Amazon Accused Products") are receiving apparatuses configured to receive digital moving image contents from a provider of the digital moving image contents, the provider being commutatively connected to the receiving apparatus.<br><br>For example, Amazon Fire TV, Fire Stick, and Amazon Fire tablets are receiving apparatuses configured to receive digital moving image contents via the Prime Video app from a provider of the digital moving image contents (i.e., Amazon's servers), the provider being commutatively connected to the receiving apparatus.<br><br>In addition, Amazon induces infringement by customers who use Prime Video to stream content on non-Amazon TVs, tablets, and other mobile devices in the same manner as the Amazon Accused Products described here. Amazon also induces infringement by customer who use the Fire Stick with Prime Video to stream content on an attached display. For the same reasons discussed below, Amazon also contributorily infringes this claim by providing within the United States the Prime Video app, which includes functionality that automatically plays the next episode in a series. |

**EXHIBIT H**
**Claim Chart for US 9,948,968 and Amazon**



https://www.amazon.com/b?ie=UTF8&node=8521791011

**EXHIBIT H**
**Claim Chart for US 9,948,968 and Amazon**



https://www.amazon.com/Amazon-Fire-Tablet-Family/b?ie=UTF8&node=6669703011

| [1A]: a processor executing instructions to designate a part of the digital moving image contents in the provider automatically or in response to a manual operation; | The Amazon Accused Products comprise a processor executing instructions to designate a part of the digital moving image contents in the provider automatically or in response to a manual operation.<br><br>For example, when a user selects an episode from a TV series in the Prime Video app, the Amazon Accused Products include hardware and software that designates a part (e.g., an episode) of the digital moving image contents (e.g., a TV series or a single episode).<br><br> |

3

**EXHIBIT H**
**Claim Chart for US 9,948,968 and Amazon**

| | |
|---|---|
| [1B]: a memory that keeps information necessary for the processor to automatically designate a succeeding part of the digital moving image contents to a viewed part of the digital moving image contents; | The Amazon Accused Products include a memory that keeps information necessary for the processor to automatically designate a succeeding part of the digital moving image contents to a viewed part of the digital moving image contents.<br><br>For example, when a user reaches the end of an episode in a TV series, the Amazon Accused Products, via Prime Video, automatically designate the next episode for playback. The information necessary for the processor to do this action is in memory.<br><br><br><br>Prime Video autoplays the next episode in a TV series<br><br>*See also* https://amazonforum.my.site.com/s/question/0D54P00007NPJLpSAP |
| [1C]: a designation software controller configured to control the memory to keep the information in response to a termination of viewing the viewed part and control the processor to automatically designate the succeeding | The Amazon Accused Products include a designation software controller configured to control the memory to keep the information in response to a termination of viewing the viewed part and control the processor to automatically designate the succeeding part of the digital moving image contents when the viewing starts again. |

**EXHIBIT H**
**Claim Chart for US 9,948,968 and Amazon**

| | |
|---|---|
| part of the digital moving image contents when the viewing starts again; | For example, Prime Video recalls which episode in a TV series a user last finished watching and designates the succeeding episode for playback when the user begins viewing again.<br><br><br><br>Prime Video tracks which episode a user finished watching and designates the next episode for playback<br><br>*See also* https://www.amazon.com/gp/help/customer/display.html?nodeId=TEIq4vikEIpvh49FW1. |
| [1D]: a receiver of the designated succeeding part of the digital moving image contents in response to the designation by the processor; and | The Amazon Accused Products include a receiver of the designated succeeding part of the digital moving image contents in response to the designation by the processor.<br><br>For example, when the next episode is queued for playback, the Amazon Accused Products have hardware or software (e.g., Prime Video) that receives the episode from Amazon's servers for streaming. *See* limitations [1B]-[C] above. |
| [1E]: a display configured to display the succeeding part of the digital moving image contents received by the receiver. | The Amazon Accused Products include a display configured to display the succeeding part of the digital moving image contents received by the receiver. |

5

**EXHIBIT H**
**Claim Chart for US 9,948,968 and Amazon**

|  | For example, Amazon Fire TVs and Fire tablets include a display configured to display the succeeding part of the digital moving image contents received by the receiver.  For example, the next episode is displayed on the Fire TV or Fire tablet in the Prime Video app.   *See* limitations 1[PRE]-[D] above. |
| --- | --- |

# EXHIBIT I

**EXHIBIT I**
**Claim Chart for US 10,880,592 and Amazon**

| '592 Claim 1 | Exemplary Amazon Infringement |
|---|---|
| 1[PRE]: A receiving apparatus configured to receive digital moving image contents from outside providers of the digital moving image contents, the outside providers including a first provider providing a digital moving image content in accordance with a program schedule table predetermined by the provider and a second provider providing the digital moving image content independently f[ro]m the program schedule table, the receiving apparatus comprising: | Amazon's devices including its Fire tablets ("Amazon Accused Products") comprise a receiving apparatus configured to receive digital moving image contents from outside providers of the digital moving image contents, the outside providers including a first provider providing a digital moving image content in accordance with a program schedule table predetermined by the provider and a second provider providing the digital moving image content independently from the program schedule table. <br><br> For example, Amazon offers a service called Prime Video, which can be accessed on Fire tablets, and third party devices via a receiving apparatus (hardware and software).  Prime Video includes a service called "Live TV."  Using Live TV, viewers receive digital moving image contents (e.g., movies and TV shows) from outside providers, including digital moving image content from a first provider in accordance with a program schedule table predetermined by the provider.  Amazon, as a second provider, offers many of the same moving image contents, independently from the Live TV program schedule table, that a user may instead choose to rent or buy from Amazon. <br><br> Amazon also induces customers to download the Prime Video app onto third-party devices.  Use of the Prime Video app on third-party devices infringes the claim in the same way as described below. |

**EXHIBIT I**
**Claim Chart for US 10,880,592 and Amazon**

| '592 Claim 1 | Exemplary Amazon Infringement |
| --- | --- |
|  | <br>**Amazon Prime Video Live TV**<br>https://www.amazon.com/gp/video/storefront/ref=atv_hm_hom_c_9zZ8D2_live_hom?contentType=home&contentId=live |

**EXHIBIT I**
**Claim Chart for US 10,880,592 and Amazon**

| '592 Claim 1 | Exemplary Amazon Infringement |
|---|---|
| | For example, on December 26, 2023 at 1:13-1:16 pm, a movie called "Once Upon a Main Street" was available to watch on Amazon Live TV, through a first provider, the "Lifetime" channel.  At the same time, "Once Upon a Main Street" was available to view through a second provider (Amazon), independent of the scheduled showing on Amazon Live TV. |

**EXHIBIT I**
**Claim Chart for US 10,880,592 and Amazon**

| '592 Claim 1 | Exemplary Amazon Infringement |
|---|---|
|  |  |

**EXHIBIT I**
**Claim Chart for US 10,880,592 and Amazon**

| '592 Claim 1 | Exemplary Amazon Infringement |
|---|---|
|  | <br>**Live TV on December 26, 2023 at 1:13-1:16 pm** |

**EXHIBIT I**
**Claim Chart for US 10,880,592 and Amazon**

| '592 Claim 1 | Exemplary Amazon Infringement |
| --- | --- |
| |  |

**EXHIBIT I**
**Claim Chart for US 10,880,592 and Amazon**

| '592 Claim 1 | Exemplary Amazon Infringement |
|---|---|
| |  |

**EXHIBIT I**
**Claim Chart for US 10,880,592 and Amazon**

| '592 Claim 1 | Exemplary Amazon Infringement |
|---|---|
|  | <br>**Once Upon a Main Street, available to buy and download from Amazon (December 26, 2023 at 1:24 pm)** |

**EXHIBIT I**
**Claim Chart for US 10,880,592 and Amazon**

| '592 Claim 1 | Exemplary Amazon Infringement |
|---|---|
| [1A]: a remote controller that manually selects one of the digital moving image contents provided from the first provider, the selected digital moving image content being an integral program continuing from an opening part to an ending part by way of a midstream part; | The Amazon Accused Products include a remote controller that manually selects one of the digital moving image contents provided from the first provider, the selected digital moving image content being an integral program continuing from an opening part to an ending part by way of a midstream part<br><br>For example, the Amazon Accused Products include a remote controller (hardware and software) that, when used with Prime Video with Live TV, can manually select one of the digital moving image contents provided from the first provider, the selected digital moving image content being an integral program continuing from an opening part to an ending part by way of a midstream part. |

**EXHIBIT I**
**Claim Chart for US 10,880,592 and Amazon**

| '592 Claim 1 | Exemplary Amazon Infringement |
| --- | --- |
|  |  |

**EXHIBIT I**
**Claim Chart for US 10,880,592 and Amazon**

| '592 Claim 1 | Exemplary Amazon Infringement |
|---|---|
|  |  **Live TV on December 26, 2023 at 1:13-1:16 pm**<br><br>For example, the Amazon Accused Products, and third-party devices that have Prime Video installed include a remote controller capable of selecting a movie to watch on Prime Video with Live TV. For example, a remote control can be used to select digital moving image contents such as "Once Upon a Main Street," which is an integral program continuing from an opening part to an ending part by way of a midstream part. *See* limitation [1PRE] above. |

**EXHIBIT I**
**Claim Chart for US 10,880,592 and Amazon**

| '592 Claim 1 | Exemplary Amazon Infringement |
|---|---|
| [1B]: a tuner that receives the selected digital moving image content at the midstream part of the integral program which is provided by the first provider at the time of selection by the remote controller; | The Amazon Accused Products include a tuner that receives the selected digital moving image content at the midstream part of the integral program which is provided by the first provider at the time of selection by the remote controller.<br><br>For example, Amazon Accused Products and third-party devices use a tuner that receives (via Prime Video with Live TV) the selected digital moving image content at the midstream part of the integral program which is provided by the first provider at the time of selection by the remote controller.<br><br>For example, the above-mentioned devices can receive a movie selected from Prime Video with Live TV and begin to play the selected program from the time of selection, which may be at a midstream part of the program. See discussion above with respect to limitation [1A]. |

**EXHIBIT I**
**Claim Chart for US 10,880,592 and Amazon**

| '592 Claim 1 | Exemplary Amazon Infringement |
|---|---|
| [1C]: an I/O interface that receives from the second provider the digital moving image content including entire data of the digital moving image content from the opening part to the ending part of the integral program same as the integral program received from the first provider, the I/O interface locating the integral program in accordance with information from the tuner at the time of selection by the remote controller; | The Amazon Accused Products include an I/O interface that receives from the second provider the digital moving image content including entire data of the digital moving image content from the opening part to the ending part of the integral program same as the integral program received from the first provider, the I/O interface locating the integral program in accordance with information from the tuner at the time of selection by the remote controller.<br><br>For example, Prime Video with Live TV includes an I/O interface that receives from the second provider (i.e., Amazon) the digital moving image content including entire data of the digital moving image content from the opening part to the ending part of the integral program same as the integral program received from the first provider (e.g., Lifetime), the I/O interface locating the integral program in accordance with information from the tuner at the time of selection by the remote controller.<br><br>For example, at the time a movie is available to watch through Prime Video with Live TV, the viewer may also search for the same movie to buy or rent from Prime Video, by interacting with the Input/Output (I/O) interface. |

**EXHIBIT I**
**Claim Chart for US 10,880,592 and Amazon**

| '592 Claim 1 | Exemplary Amazon Infringement |
|---|---|
| |  |

**EXHIBIT I**
**Claim Chart for US 10,880,592 and Amazon**

| '592 Claim 1 | Exemplary Amazon Infringement |
| --- | --- |
| |  |

**EXHIBIT I**
**Claim Chart for US 10,880,592 and Amazon**

| '592 Claim 1 | Exemplary Amazon Infringement |
|---|---|
| |  **Once Upon a Main Street, available to buy and download from Amazon (December 26, 2023 at 1:24 pm)** |

16

**EXHIBIT I**
**Claim Chart for US 10,880,592 and Amazon**

| '592 Claim 1 | Exemplary Amazon Infringement |
|---|---|
| [1D]: a television display that shows the digital moving image contents from the first provider and the second provider; and | The Amazon Accused Products include a television display that shows the digital moving image contents from the first provider and the second provider<br><br>For example, Fire tablets with Prime Video includes a television display that shows the digital moving image contents from the first provider (i.e., Amazon) and the second provider (e.g., Lifetime).<br><br><br><br>Smart TV, Blu-ray player<br>1. Open the app store to download, install, and open the Prime Video app.<br>2. Register your device—here are two ways:<br>(1) Select "Sign in and start watching" and enter your Amazon account information.<br>(2) Choose "Register on the Amazon website" to get a 5–6 character code, then sign in to your Amazon account and enter your code.<br>Sign in to your Amazon account and enter your code<br><br>https://www.amazon.com/gp/video/splash/device_linking<br><br>For example, a Fire tablet includes a television display that shows the digital moving image contents from the first provider and the second provider.  In addition, Amazon induces infringement by customers who use Prime Video to stream content on non-Amazon TVs and other devices that include remote controls in the same way as the Amazon devices described here. |

**EXHIBIT I**
**Claim Chart for US 10,880,592 and Amazon**

| '592 Claim 1 | Exemplary Amazon Infringement |
|---|---|
| | <br><br>https://www.amazon.com/b?ie=UTF8&node=8521791011 |

18

**EXHIBIT I**
**Claim Chart for US 10,880,592 and Amazon**

| '592 Claim 1 | Exemplary Amazon Infringement |
|---|---|
| | <br><br>https://www.amazon.com/Amazon-Fire-Tablet-Family/b?ie=UTF8&node=6669703011 |
| [1E]: a memory in a TV set computer that stores the entire data of the digital moving image content received by the I/O interface. | The Amazon Accused Products include a memory in a TV set computer that stores the entire data of the digital moving image content received by the I/O interface.<br><br>For example, Fire tablets include a memory that is capable of storing the entire data of the digital moving image content received by the I/O interface.<br><br>For example, users can purchase and download digital moving image contents from Prime Video. See discussion above for limitation [1D]. |

**EXHIBIT I**
**Claim Chart for US 10,880,592 and Amazon**

| '592 Claim 1 | Exemplary Amazon Infringement |
|---|---|
| |  <br><br> https://www.amazon.com/gp/help/customer/display.html?nodeId=GTDVUQFMY3GTZVX7 <br><br> A movie purchased on Amazon Prime Video may be downloaded. After a download is complete, the movie is available to watch on the Prime Video app even when the device set to airplane mode (offline). |

20

# EXHIBIT J

**EXHIBIT J**
**Claim Chart for US 8,677,391 and Defendants**

| '391 Claim 1 | Exemplary Defendants' Infringement |
|---|---|
| 1[PRE]: A moving image data delivery system capable of being in communication with a plurality of moving image viewing apparatuses and an advertising image data delivery system comprising: | The Twitch platform and Twitch Studio (collectively the "Twitch System"), when used by streamers, includes a moving image data delivery system capable of being in communication with a plurality of moving image viewing apparatuses and an advertising image data delivery system.<br><br>Defendants indirectly infringe by (1) inducing Twitch streamers to put the infringing system into use by streaming content to viewers and (2) contributing to Twitch streamers' direct infringement by providing the Twitch System to the streamers.<br><br>Defendants provide Twitch streaming software that allows streamers to set up a moving image data delivery system (e.g., Twitch Studio) capable of being in communication with a plurality of moving image viewing apparatuses (e.g., Twitch viewers using their devices) and an advertising image data delivery system (e.g., Amazon servers).<br><br> |

**EXHIBIT J**
**Claim Chart for US 8,677,391 and Defendants**



https://www.twitch.tv/broadcast/studio

Defendants provide apps that allow viewers to stream content from Twitch streamers.

**EXHIBIT J**
**Claim Chart for US 8,677,391 and Defendants**



https://www.twitch.tv/downloads

**EXHIBIT J**
**Claim Chart for US 8,677,391 and Defendants**



https://www.twitch.tv/downloads

| | |
|---|---|
| 1[A]: a storage of a plurality of digital moving image data of television | The Twitch System includes a storage of a plurality of digital moving image data of television programs to be viewed by the moving image viewing apparatuses. |

**EXHIBIT J**
**Claim Chart for US 8,677,391 and Defendants**

| programs to be viewed by the moving image viewing apparatuses; | For example, Twitch streamers use computers to run Twitch Studio software, which stores content (e.g., digital moving image data of streamer content) on the streamers' computers and enables the streamers to stream content to viewers' devices (i.e., moving image viewing apparatuses) via Defendants' servers. |
|---|---|

**System Requirements**

Twitch Studio Minimum Requirements:
- OS: Windows 8.1 64-bit
- GPU: DirectX 11 compatible
- RAM: 4+ GB (2GB free)
- CPU: 4 core Intel or AMD

Twitch Studio Recommended Specifications:
- OS: Windows 10 64-bit
- GPU: NVIDIA GTX 10 series or newer, AMD RX400 series or newer
- RAM: 8GB+
- CPU: 8 thread Intel or AMD

The requirements may change based on your selected encoder, stream quality settings, and the game you are trying to capture. More intensive games will require better hardware in order to achieve good stream quality. If you encounter any issues with your streaming set up, feel free to join our Discord server to chat directly with other Twitch Studio users and some of our developers!

https://help.twitch.tv/s/article/twitch-studio-faq?language=en_US
Defendants store a plurality of digital moving image data of television programs to be viewed by the moving image viewing apparatuses.  For example, the Twitch System runs on Amazon Web Services (AWS). https://aws.amazon.com/blogs/media/how-twitch-built-the-global-live-streaming-network-that-

**EXHIBIT J**
**Claim Chart for US 8,677,391 and Defendants**

| | |
|---|---|
| | powers-amazon-ivs/ The Twitch System enables streamers to stream content, such as the following "Featured Clips," which were available on Twitch on December 19, 2023.<br><br> |
| 1[B]: a first controller adapted to electrically provide one of the digital moving image data of television programs to one of the moving image viewing apparatuses for allowing to display the television program in exchange of a presentation of an electric data denoting a right of viewing the television program, | The Twitch System includes a first controller adapted to electrically provide one of the digital moving image data of television programs to one of the moving image viewing apparatuses for allowing to display the television program in exchange of a presentation of an electric data denoting a right of viewing the television program.<br><br>For example, the Twitch System uses un-skippable ads that viewers must watch before being able to view streaming content. |

**EXHIBIT J**
**Claim Chart for US 8,677,391 and Defendants**



# Advertise your brand with solutions on Twitch

## Premium Live Video

### Premium Video

- 100% above the fold, unskippable
- Inventory: desktop, mobile, tablet, console, and streaming TV

**Learn more** ⊕

https://advertising.amazon.com/resources/ad-specs/twitch/

# Premium Video

With a Twitch Premium Video package, your video ads are incorporated into Twitch live broadcasts across desktop, mobile, tablet, console, and streaming TV inventory, and you will be able to reach the Twitch audience with an unskippable, above the fold and highly visible placement. Ads are served in both pre-roll and mid-roll format and are clickable, with the exception of inventory on consoles and streaming devices.

https://advertising.amazon.com/resources/ad-specs/twitch/premium-video

| 1[C]: the electric data having been issued to the moving image viewing apparatus, without intermediary of the moving image data delivery system, | The Twitch System includes the electric data having been issued to the moving image viewing apparatus, without intermediary of the moving image data delivery system, by the advertising image data delivery system in exchange of a commercial message view by the moving image viewing apparatus, provided by the advertising image data delivery system. |
|---|---|

**EXHIBIT J**
**Claim Chart for US 8,677,391 and Defendants**

| | |
|---|---|
| by the advertising image data delivery system in exchange of a commercial message view by the moving image viewing apparatus, provided by the advertising image data delivery system, | For example, the Twitch System uses a 1 x 1 pixel to track viewer behavior, such as when a viewer "completes" viewing an ad.  The 1 x 1 pixel is an electric data issued by the Twitch System (i.e., the advertising image data delivery system) to viewers' devices (i.e., moving image viewing apparatus) without involvement by the streamer's system (i.e., without intermediary of the moving image data delivery system) in exchange for viewing an ad.<br><br> |

**EXHIBIT J**
**Claim Chart for US 8,677,391 and Defendants**

| | |
|---|---|
| | https://advertising.amazon.com/resources/ad-specs/twitch/premium-video |
| 1[D]: wherein no electric payment is made to the moving image data delivery system when the advertising image data delivery system issues the electric data to the moving image viewing apparatus in exchange of viewing commercial message; and | In the Twitch System, no electric payment is made to the moving image data delivery system when the advertising image data delivery system issues the electric data to the moving image viewing apparatus in exchange of viewing commercial message.<br><br>For example, the Twitch System pays streamers on a monthly basis, and therefore no electric payment is made to the streamer (i.e., the moving image data delivery system) when the 1 x 1 pixel (i.e., the electric data) is issued to the viewer (i.e., the moving image viewing apparatus) in exchange for viewing an ad.<br><br><br><br>https://help.twitch.tv/s/article/when-am-i-getting-paid?language=en_US |
| 1[E]: a second controller adapted to receive an electric payment from the advertising image data delivery system in exchange of a presentation of a report from the moving image data delivery system to the advertising image data delivery system, the report indicating that the moving image data delivery system is presented with the electric data. | The Twitch System includes a second controller adapted to receive an electric payment from the advertising image data delivery system in exchange of a presentation of a report from the moving image data delivery system to the advertising image data delivery system, the report indicating that the moving image data delivery system is presented with the electric data.<br><br>For example, Defendants share ad revenue with Twitch streamers who monetize their streaming with ads (called "Affiliates"). |

**EXHIBIT J**
**Claim Chart for US 8,677,391 and Defendants**

## Why Should I Be An Affiliate?

The Twitch Affiliate program unlocks tools to level up your community. You can also monetize your content on Twitch. The following tools and benefits are not available to non-monetized Twitch accounts.

**Monetization Tools:**

- Cheering with Bits (Learn more)
- Subscriptions
- Ad Revenue
- Hype Chat (Learn more)

https://help.twitch.tv/s/article/joining-the-affiliate-program?language=en_US

Twitch streamers have access to a "My Overview Page" and a "Stats Char" that provides a dashboard with various analytics about their channel, including data about ads viewed and revenue generated.

## What's in My Overview Page?

Your Analytics Overview provides a top-level snapshot of your recent streams, milestones, top clips, and progress towards achievements. If you'd like to drill down into more specific info, visit other pages in your Analytics. Visit Now.

By default, your Overview will show you data from the last 30 days. Clicking the arrows on the left and right of the current date will adjust the date back or forward by 30 days. To choose a custom date range, click on the date picker in the center and select a start and end date using the calendar that pops up.

| ‹ | Aug 1, 2019 – Aug 31, 2019 | › |
|---|---|---|
| | 31 days | |

- What's In My Analytics Overview?
- The Stats Chart
- Category Suggestions
- Questions Answered by Analytics
- Providing Feedback
- Frequently Asked Questions

**EXHIBIT J**
**Claim Chart for US 8,677,391 and Defendants**

## The Stats Chart

This section breaks down and provides a short overview of the different parts of the Stats Chart.

The stats available are as follows:

| | |
|---|---|
| **Revenue** | The total revenue gained. Mousing over the graph will display a breakdown of the estimated revenue received from each source. Learn more about your payout balance in our knowledge guide here: link.twitch.tv/PayoutBalance |
| **Ad Breaks** | The total duration of the ad breaks that you ran during streams. |
| **Ad Time Per Hour** | The average amount of time per hour that ads were running during your streams. |
| **Promotion Impressions** | The total number of times your stream's video card was viewed while in a promotional placement. |
| **Promotion Clicks** | The total number of times your stream's video card was clicked while in a promotional placement. |

https://help.twitch.tv/s/article/channel-analytics?language=en_US

For example, the below screenshot of Twitch's dashboard shows the amount of revenue and average minutes of ads shown per hour (i.e., about 9 minutes) one streamer generated over a given time period.

**EXHIBIT J**
**Claim Chart for US 8,677,391 and Defendants**



https://www.youtube.com/watch?v=HThjx2TuzKI&t=509s